IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–29–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RAINY LEE LAMERE, | |
| Defendant. | |

Before the Court is Defendant Rainy Lee LaMere's Unopposed Motion to Withdraw Motion for Early Termination of Supervised Release.  (Doc. 74.)  The motion states that Ms. LaMere's supervising probation officer has withdrawn her support for Ms. LaMere's early termination of supervised release because she has been unable to reach Ms. LaMere.  (*Id.* at 1–2.)  Accordingly, the motion seeks to withdraw Ms. LaMere's motion for early termination of supervised release and the brief in support of the motion (Docs. 72, 73).  (Doc. 74 at 2.)  The United States does not object.  (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 74) is GRANTED. The motion for early termination of supervised release (Doc. 72) is DENIED as moot.

1

DATED this 10th day of February, 2022.

Dana L. Christensen, District Judge
United States District Court