IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-29-M-DLC |
| Plaintiff, | ORDER |
| vs. | |
| RAINY LEE LAMERE, | |
| Defendant. | |

The United States having moved unopposed for leave to have Dr. Jarod Kabulski testify via video,

IT IS ORDERED that the United States' motion is GRANTED. Dr. Jarod Kabulski may testify via video at the April 21, 2022, revocation hearing in this matter. Prior to the hearing, counsel for the United States must contact the Clerk of Court to coordinate the appearance.

DATED this 20th day of April, 2022.

_Dana L. Christensen_
Dana L. Christensen, District Judge
United States District Court

1